IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,           No. CIV S-09-3481 KJM P

vs.

MATTHEW CATE, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

///

1    In this case, none of the defendants resides in this district.  According to
2 plaintiff's allegations, the claim appears to have arisen after he was transferred from Corcoran
3 State Prison to the R.J. Donovan Correctional Facility in San Diego, California.  San Diego is in
4 the Southern District of California.  Therefore, plaintiff's claim should have been filed in the
5 United States District Court for the Southern District of California.  In the interest of justice, a
6 federal court may transfer a complaint filed in the wrong district to the correct district.  See 28
7 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
8    Accordingly, IT IS HEREBY ORDERED that:
9    1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
10 and
11    2. This matter is transferred to the United States District Court for the Southern
12 District of California.
13 DATED: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE

4
lau3481.21